UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

                  -against-

   JOSE RIVERA and JOMAR CRESPO,

                          Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2024

1:24-cr-412-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      A proceeding in this matter will take place on July 24, 2024 at 1:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: July 3, 2024
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                            United States District Judge