USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                 :
UNITED STATES OF AMERICA,          :
                 :
          -v-                           :           1:24-cr-412-GHW
                 :
JOSE RIVIERA and JOMAR CRESPO,    :           <u>ORDER</u>
                 :
                 Defendants.    :
                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, FRANK J. BALSAMELLO and MARGUERITE COLSON, Assistant United States Attorneys, of counsel, and with the consent of JOSE RIVIERA and JOMAR CRESPO, by and through their attorneys, MARTIN S. BELL and MARNE L. LENNOX, it is hereby ORDERED that the pretrial conference in this case is continued from July 19, 2024 to July 24, 2024 at 1:00 p.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and permit the defendants and their counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through July 24, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       SO ORDERED.

Dated: July 9, 2024
New York, New York

                                                     _____
                                                          GREGORY H. WOODS
                                                       United States District Judge