USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
        -v-                                           :    1:24-cr-412-GHW
                                                               :
JOSE RIVERA and JOMAR CRESPO,                                  :    ORDER
                                                               :
                                         Defendants.      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, by and through his attorney, MARTIN S. BELL, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, FRANK BALSAMELLO and MARGUERITE COLSON, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the pretrial conference in this case is continued from November 22, 2024 to January 21, 2025 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through January 21, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      SO ORDERED.

Dated: November 18, 2024
New York, New York

                                                                  GREGORY H. WOODS
                                                       United States District Judge