```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
UNITED STATES OF AMERICA,                       :
                                                :
              -against-                         :
                                                :
JOSE RIVERA,                                    :         1:24-cr-412-GHW-1
                                                :
                     Defendant.                 :              ORDER
----------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/1/2025 |

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on April 24, 2025 at 11:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Rivera and his counsel are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: April 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge