```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
                    -against-                :
                                             :
    JOSE RIVERA,                             :         1:24-cr-412-GHW-1
                                             :
                            Defendant.       :         ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2025

GREGORY H. WOODS, United States District Judge:

The change of plea hearing previously scheduled for April 24, 2025 at 11:00 a.m. is rescheduled. The hearing will take place on April 30, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: April 28, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge